**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SPENCER PARKER | ) | Case No. 10-35985 |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |

**EXPEDITED MOTION TO CONTINUE HEARING SCHEDULED FOR MARCH 6, 2018**

Eric Hatcher, Daneen Hatcher and Stacey Brown (collectively, "Respondents") by counsel sumbit this expedited motion to continue hearing scheduled for March 6, 2018 at 10:00 a.m. on the Debtor's motion's for sanctions and the Respondent's opposition thereto. In further support of their Motion, Respondents state as follows:

1. The Court scheduled a hearing on the Debtor's Motion for Sanctions for violations of the discharge injunction made applicable by 11 U.S.C. § 524 of the United States Bankruptcy Code for March 6, 2018 at 10:00 a.m.

2. Counsel had to leave Maryland on an emergency basis on March 1, 2018 to attend to his mother who is seriously ill with pneumonia. Counsel will be out of State through March 12, 2018.

3. Counsel to the debtor, William C. Johnson, Esq. graciously consented (by email) to a continuance.

WHEREFORE, Respondents respectfully request a continuance of the hearing scheduled for March 6, 2018 and for such other relief as to the Court may seem just and proper.

Respectfully submitted.

*/s/Morgan W. Fisher*
Morgan W. Fisher #28711

Law Offices of Morgan Fisher, LLC
1125 West St., #227
Annapolis, MD 21401
410-626-6111
mwf@MorganFisherLaw.com

March 2, 2018

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, a copy of the foregoing Motion was served, via the Court's CM/ECF system on the following:

William C. Johnson    wcjjatty@yahoo.com, wjohnson@dcmdconsumerlaw.com
(Counsel for the Debtor)

Merrill Cohen    trustee@cohenbaldinger.com, mcohen@ecf.epiqsystems.com
(Chapter 7 Trustee)

Michael T. Cantrell    bankruptcymd@mwc-law.com
Kevin R. Feig    kevin.feig@bww-law.com, bankruptcy@bww-law.com
Kevin D. Judd    bkadmin@juddlawfirm.com, juddecf@gmail.com
Anthony Onwuanibe    a.onwuanibe@gte.net

                                              */s/ Morgan W. Fisher*
                                              Morgan W. Fisher